

2002 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

3-14-2002

# Helfant v. Margate

Precedential or Non-Precedential:

Docket 1-1301

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2002

Recommended Citation

"Helfant v. Margate" (2002). *2002 Decisions.* Paper 174.
http://digitalcommons.law.villanova.edu/thirdcircuit_2002/174

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2002 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

NO. 01-1301
_____

RICHARD HELFANT,
                              Appellant

v.

CITY OF MARGATE; FRED GOFF;
THOMAS HILTNER; NED HUMPHREYS;
SIGMUND RIMM; JOHN DOES 1 THROUGH 25,
INCLUSIVE, FICTITIOUS NAMED DEFENDANTS,
JOINTLY, SEVERALLY, AND IN THE ALTERNATIVE
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. Civil No. 97-cv-03718)
District Judge: Honorable Stephen M. Orlofsky
_____

Submitted Under Third Circuit LAR 34.1(a)
on March 5, 2002

Before: ALITO, RENDELL, and HALL*, Circuit Judges,

(Filed:  March 13, 2002)
_____

OPINION OF THE COURT
_____

_____

*Honorable Cynthia Holcomb Hall, United States Circuit Judge for the Ninth Circuit,
sitting by designation.

RENDELL, Circuit Judge.

     Richard Helfant brought this action against the City of Margate and several of its
employees (together "Defendants") alleging employment discrimination and retaliation,
including violations of his federal and state constitutional rights.  The District Court
entered summary judgment in favor of Defendants on all counts.  Helfant now appeals.

     The District Court had jurisdiction pursuant to 28 U.S.C.  1331.  We have

jurisdiction pursuant to 28 U.S.C.   1291.  We subject the District Court's grant of
summary judgment to plenary review and will apply the same standards as the District
Court.  Beers-Capitol v. Whetzel, 256 F.3d 120, 130 n.6 (3d Cir. 2001).

Helfant alleges that Defendants' actions amounted to three separate legal
violations: first, a violation of his rights to equal protection and substantive due process
under both the United States and New Jersey Constitutions; second, employment
discrimination in violation of the New Jersey Law Against Discrimination; and, third,
retaliation against him for conduct protected by the Conscientious Employees' Protection
Act.  After conducting a careful review of the record in this case, we reach the same
conclusions as set forth by the District Court in its thorough and well-reasoned opinion.
The District Court carefully considered the merits of each count as it applied to each
Defendant, and we find no fault with its analysis.  Accordingly, we will affirm the District
Court's grant of summary judgment in favor of Defendants.

_____

_____
     Please file the foregoing Not Precedential Opinion.



/s/     Marjorie O. Rendell

Circuit Judge